IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00256-MOC-WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* GNGH2 INC., | ) ) ) | |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| D & B AUDIOTECHNIK CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |

This matter is before the Court on a "Notice of Election to Intervene to Effectuate Settlement and Motion to Unseal Certain Case Documents," which the undersigned has construed as a motion. Doc. 12.

**IT IS HEREBY ORDERED THAT**:

1. The Notice of Election is **ACCEPTED**.

2. The sealing of this case is **PARTIALLY LIFTED** as follows:

    a. The Clerk is respectfully directed to **UNSEAL** the Complaint (Doc. 2) and the United States of America's notice (Doc. 12).

    b. This order, and all subsequent filings made in this matter, shall be filed on the public docket, unless otherwise ordered by the Court.

1

c. The remaining documents previously filed in this matter shall remain under seal, until further order of the Court.

Signed: June 11, 2025

W. Carleton Metcalf
United States Magistrate Judge